**1**

**James J. O'Neil, Libelant-Appellee, v. Steam Tug BERN, Her Engines, etc., Port Reading Railroad Company, Claimant-Appellant, and Pennsylvania Railroad Company, Respondent-Appellant.**

(Circuit Court of Appeals, Second Circuit. June 1, 1926.)

No. 362.

Appeal from the District Court of the United States for the Eastern District of New York.

Macklin, Brown & Van Wyck, of New York City (Paul Speer, of New York City, of counsel), for the Bern.

Burlingham, Veeder, Masten & Fearey of New York City (Chauncey I. Clark, and J. Dudley Eggleston, both of New York City, of counsel), for owner of P. R. R. No. 10.

Park, Mattison & Lynch, of New York City (Anthony V. Lynch, Jr., of New York City, of counsel), for appellee.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. A recital and discussion of the very unusual facts of this case would not illustrate any doubtful point of law.

The debatable point herein is one of proximate cause, and we hold that the tug No. 10 cannot be held to liability, unless it be found that her navigators ought to have apprehended, not only that her tow would be so caught on the drill as to stay there, but also that another tow a considerable distance astern would be unable to avoid so slight an obstruction (if it could be called one at all) as that afforded by the boat so strangely left alongside the drill. The presence of this boat was not a proximate and contributing cause of the damages recovered herein.

The decree below is modified, so as to discharge the Pennsylvania Railroad Company, and, as modified, affirmed, with the costs of this court to the appellant owner of tug No. 10.

---

**2**

**CHENEY BROTHERS, Plaintiff-Appellant, v. I. MITTELMAN & CO., Inc., Defendant-Appellee.**

(Circuit Court of Appeals, Second Circuit. May 21, 1926.)

No. 397.

Appeal from the District Court of the United States for the Southern District of New York.

Harry D. Nims, of New York City, for appellant.

Max D. Steuer, of New York City, for appellee.

Before ROGERS, HOUGH, and HAND, Circuit Judges.

PER CURIAM. Order affirmed in open court.

---

**3**

**In the Matter of COATES, BENNETT & REIDENBACH, Inc., Bankrupts. Genessee Valley Trust Company, Appellant.**

(Circuit Court of Appeals, Second Circuit. May 14, 1926.)

No. 370.

Appeal from the District Court of the United States for the Western District of New York.

Peck & Whitbeck and E. C. Whitbeck, all of Rochester, N. Y., for appellant.

Hubbell, Taylor, Goodwin & Moser and C. L. Clinton, all of Rochester, N. Y., for appellee.

Before ROGERS, MANTON, and HAND, Circuit Judges.

PER CURIAM. Order (8 F.[2d] 757) reversed in open court.